# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF MISSISSIPPI
### OXFORD DIVISION

**SHALONDA L. THOMPSON SPEARS**                                        **PLAINTIFF**

**V.**                                                                    **NO: 3:20CV275-M-P**

**AT&T MOBILITY SERVICES, LLC.**                                     **DEFENDANT**

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a [26] Stipulation of Dismissal filed jointly by the parties in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice and the case **CLOSED.**

This the 10th day of September, 2021.

**/s/ MICHAEL P. MILLS**
**UNITED STATES DISTRICT JUDGE**
**NORTHERN DISTRICT OF MISSISSIPPI**